UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS ⁚ ⁚ ⁚ ⁚15

PAUL WILLETT,
    Plaintiff

V.

E & S FISHERIES, INC.,
    Defendant

04 - 12449 _ _ _ _

)
)
)
)
)
)
)
)

Civil Action

No. _____

RECEIPT #_____
AMOUNT $ N/A
SUMMONS ISSUED Yes
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE 11/18/04

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Now comes the Plaintiff in the above-entitled matter and for his complaint states:

### General Factual Allegations

1.    The Plaintiff, PAUL WILLETT, is a resident of Plymouth, County of Plymouth, Commonwealth of Massachusetts.

2.    The Defendant, E & S FISHERIES, INC., is a corporation, duly organized and existing under the laws of the Commonwealth of Massachusetts.

3.    On or about October 25, 2003, the Defendant, E & S FISHERIES, INC., was doing business within the Commonwealth of Massachusetts.

4.    On or about October 25, 2003, the Plaintiff, PAUL WILLETT, was employed by the Defendant, E & S FISHERIES, INC..

5.    On or about October 25, 2003, the Plaintiff, PAUL WILLETT, was employed by the Defendant, E & S FISHERIES, INC., as a seaman, and a member of the crew of the F/V LIBERTY.

6.    On or about October 25, 2003, the Defendant, E & S FISHERIES, INC., owned the F/V LIBERTY.

7.    The Defendant, E & S FISHERIES, INC., chartered the F/V LIBERTY from some other person or entity such that on or about October 25, 2003 the Defendant, E & S FISHERIES, INC. was the owner pro hac vice of the F/V LIBERTY.

8.    On or about October 25, 2003, the Defendant, E & S FISHERIES, INC., operated the F/V LIBERTY.

9.    On or about October 25, 2003, the Defendant, E & S FISHERIES, INC., or the Defendant's agents, servants, and/or employees, controlled the F/V LIBERTY.

10.    On or about October 25, 2003, the F/V LIBERTY was in navigable waters.

11.    On or about October 25, 2003, while in the in the performance of his duties in the service of the F/V LIBERTY, the Plaintiff, PAUL WILLETT, sustained personal injuries.

12.    Prior to and at the time he sustained the above-mentioned personal injuries, the Plaintiff, PAUL WILLETT, was exercising due care.

## Jurisdiction

13.    This Court has subject matter jurisdiction over this matter pursuant to The Merchant Marine Act of 1920, commonly called the Jones Act, 46 U.S.C., §688 et. seq.

14.    This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1331, 28 U.S.C. §1332, and 28 U.S.C. §1333.

## COUNT I

## PAUL WILLETT v. E & S FISHERIES, INC.

### (JONES ACT NEGLIGENCE)

15. The Plaintiff, PAUL WILLETT, reiterates the allegations set forth in paragraphs 1 through 14 above.

16. The personal injuries sustained by the Plaintiff, PAUL WILLETT, were not caused by any fault on his part but were caused by the negligence of the Defendant, its agents, servants and/or employees.

17. As a result of said injuries, the Plaintiff, PAUL WILLETT, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

18. This cause of action is brought under the Merchant Marine Act of 1920, commonly called the Jones Act.

WHEREFORE, the Plaintiff, PAUL WILLETT, demands judgment against the Defendant, E & S FISHERIES, INC., in an amount to be determined by a Jury, together with interest and costs.

## COUNT II

## PAUL WILLETT v. E & S FISHERIES, INC.

### (GENERAL MARITIME LAW - UNSEAWORTHINESS)

19. The Plaintiff, PAUL WILLETT, reiterates the allegations set forth in paragraphs 1 through 14 above.

20. The personal injuries sustained by the Plaintiff, PAUL WILLETT, were due to no

fault of his, but were caused by the Unseaworthiness of the F/V LIBERTY.

21.     As a result of said injuries, the Plaintiff, PAUL WILLETT has, suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

22.     This cause of action is brought under the General Maritime Law for Unseaworthiness and is for the same cause of action as Count I.

WHEREFORE, the Plaintiff, PAUL WILLETT, demands judgment against the Defendant, E & S FISHERIES, INC., in an amount to be determined by a Jury, together with interest and costs.

## COUNT III

### PAUL WILLETT v. E & S FISHERIES, INC.

(GENERAL MARITIME LAW - MAINTENANCE and CURE)

23.     The Plaintiff, PAUL WILLETT, reiterates all of the allegations set forth in Paragraphs 1 through 14 above.

24.     As a result of the personal injuries described in paragraph 11 above, the Plaintiff, PAUL WILLETT, has incurred and will continue to incur expenses for his maintenance and cure.

WHEREFORE, the Plaintiff, PAUL WILLETT, demands judgment against the Defendant, E & S FISHERIES, INC., in an amount to be determined by a Jury for maintenance and cure, together with costs and interest.

4

<u>COUNT IV</u>

<u>PAUL WILLETT vs. E & S FISHERIES, INC.</u>

(GENERAL MARITIME LAW/JONES ACT - INTENTIONAL/NEGLIGENT
FAILURE TO PROVIDE MAINTENANCE and CURE)

25.    The Plaintiff, PAUL WILLETT, reiterates the allegations set forth in paragraphs 1
through 14 above.

26.    As a result of the personal injuries described in paragraph 11 above, the Plaintiff,
PAUL WILLETT, has incurred and will continue to incur expenses for his maintenance and cure.

27.    The Plaintiff, PAUL WILLETT, has made demand upon the Defendant, E & S
FISHERIES, INC., for the provision of maintenance and cure.

28.    The Defendant, E & S FISHERIES, INC., has negligently, willfully, arbitrarily,
and/or unreasonably failed to provide the Plaintiff with maintenance and cure in a timely and
adequate manner.

29.    As a result of the Defendant's failure to provide the Plaintiff maintenance and
cure, the Plaintiff has sustained and will continue to sustain damages, including without
limitation, pain of body and anguish of mind, lost time from his usual work and pursuits, medical
and hospital expenses, attorneys fees, and has sustained and will sustain other damages as will be
shown at trial.

WHEREFORE, the Plaintiff, PAUL WILLETT, demands judgment against the
Defendant, E & S FISHERIES, INC., in an amount to be determined by a Jury, as compensatory
damages for failure to pay maintenance and cure, together with costs, interest, and reasonable

attorneys fees.

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES

RAISED IN COUNTS, I, II, III AND IV.


Respectfully submitted for the
the Plaintiff, PAUL WILLETT,
by his attorney,


David F. Anderson
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: 11/17/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _Paul Willett v. E & S Fisheries, Inc._

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

   ☐ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,          *Also complete AO 120 or AO 121
         740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.             for patent, trademark or copyright cases

   ☑ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   ☐ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
         690, 810, 861-865, 870, 871, 875, 900.

   ☐ V. 150, 152, 153.

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   None

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)
   
   YES ☐   NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   
   YES ☐   NO ☑

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   
   YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   
   YES ☐   NO ☑

   A.  If yes, in which division do all of the non-governmental parties reside?
   
       Eastern Division ☑       Central Division ☐       Western Division ☐

   B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,  residing in Massachusetts reside?
   
       Eastern Division ☐       Central Division ☐       Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _David F. Anderson, Latti & Anderson LLP_
ADDRESS _30-31 Union Wharf, Boston, MA 02109_
TELEPHONE NO. _(617) 523-1000_

(Coversheetlocal.wpd - 10/17/02)

%JS 44   (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a)  PLAINTIFFS**

Paul Willett

**DEFENDANTS**

E & S Fisheries, Inc.

**(b)** County of Residence of First Listed Plaintiff   **Plymouth**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

David F. Anderson, BBO560994, Latti & Anderson  LLP,
30-31 Union Wharf, Boston, MA 02109 (617) 523-1000

Attorneys (If Known)

**II. BASIS OF JURISDICTION**   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government
  Plaintiff
- ☐ 2  U.S. Government
  Defendant
- ☒ 3  Federal Question
  (U.S. Government Not a Party)
- ☐ 4  Diversity
  (Indicate Citizenship of Parties
  in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                              and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT**   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☒ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | | or Defendant) | Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS—Third Party | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | Security Act | | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN**   (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1  Original
  Proceeding
- ☐ 2  Removed from
  State Court
- ☐ 3  Remanded from
  Appellate Court
- ☐ 4  Reinstated or
  Reopened
- ☐ 5  Transferred from
  another district
  (specify)
- ☐ 6  Multidistrict
  Litigation
- ☐ 7  Appeal to
  District
  Judge from
  Magistrate
  Judgment

**VI. CAUSE OF ACTION**   (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

Jones Act, 46 USC Sec 688 et seq, 28 USC Sec 1331, 28 USC Sec 1332, 28 USC Sec 1333

**VII. REQUESTED IN
COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ Yes  ☐ No

**VIII. RELATED CASE(S)
IF ANY**

(See instructions):

JUDGE                                     DOCKET NUMBER

DATE   11/17/04.

SIGNATURE OF ATTORNEY OF RECORD   David F. A——