UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12449 EFH

PAUL WILLETT,　　　　)
　　　　Plaintiff　　　)
　　　　　　　　　　　　)
v.　　　　　　　　　　　)
　　　　　　　　　　　　)
E & S FISHERIES, INC.,　)
　　　　Defendant　　　)

## DEFENDANT, E & S FISHERIES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

### FIRST DEFENSE

The plaintiff's complaint fails to state a claim against the defendant upon which relief can be granted.

### SECOND DEFENSE

The defendant responds paragraph by paragraph as follows:

1. The defendant neither admits nor denies the allegations contained in paragraph 1 of the plaintiff's complaint because it has no personal knowledge of same.

2. The defendant admits the allegations contained in paragraph 2 of the plaintiff's complaint.

3. The defendant admits the allegations contained in paragraph 3 of the plaintiff's complaint.

4. The defendant neither admits nor denies the allegations contained in paragraph 4 of the plaintiff's complaint because it has no personal knowledge of same.

5. The defendant neither admits nor denies the allegations contained in paragraph 5 of the plaintiff's complaint because it has no personal knowledge of same.

6. The defendant denies the allegations contained in paragraph 6 of the plaintiff's complaint.

7. The defendant denies the allegations contained in paragraph 7 of the plaintiff's complaint.

8. The defendant denies the allegations contained in paragraph 8 of the plaintiff's complaint.

9. The defendant denies the allegations contained in paragraph 9 of the plaintiff's complaint.

10. The defendant admits the allegations contained in paragraph 10 of the plaintiff's complaint.

11. The defendant denies the allegations contained in paragraph 11 of the plaintiff's complaint.

12. The defendant denies the allegations contained in paragraph 12 of the plaintiff's complaint.

13. The defendant neither admits nor denies the allegation contained in paragraph 13 of the plaintiff's complaint because said paragraph states conclusions of law to which no response is required.

14. The defendant neither admits nor denies the allegation contained in paragraph 14 of the plaintiff's complaint because said paragraph states conclusions of law to which no response is required.

## COUNT I
## PAUL WILLETT V. E & S FISHERIES, INC.
### (JONES ACT NEGLIGENCE)

15. The defendant repeats and incorporates by reference responses to paragraphs 1 through 14.

16. The defendant denies the allegations contained in paragraph 16 of Count I of the plaintiff's complaint.

17. The defendant denies the allegations contained in paragraph 17 of Count I of the plaintiff's complaint.

18. The defendant neither admits nor denies the allegation contained in paragraph 18 of Count I of the plaintiff's complaint because said paragraph states conclusions of law to which no response is required.

## COUNT II
## PAUL WILLETT V. E & S FISHERIES, INC.
### (GENERAL MARITIME LAW - UNSEAWORTHINESS)

19. The defendant repeats and incorporates by reference responses to paragraphs 1 through 18.

20. The defendant denies the allegations contained in paragraph 20 of Count II of the plaintiff's complaint.

21. The defendant denies the allegations contained in paragraph 21 of Count II of the plaintiff's complaint.

22. The defendant neither admits nor denies the allegation contained in paragraph 22 of Count II of the plaintiff's complaint because said paragraph states conclusions of law to which no response is required.

### COUNT III
### PAUL WILLETT V. E & S FISHERIES, INC.
### (GENERAL MARITIME LAW - MAINTENANCE and CURE)

23. The defendant repeats and incorporates by reference responses to paragraphs 1 through 22.

24. The defendant denies the allegations contained in paragraph 24 of Count III of the plaintiff's complaint.

### COUNT IV
### PAUL WILLETT V. E & S FISHERIES, INC.
### (GENERAL MARITIME LAW/JONES ACT - INTENTIONAL/NEGLIGENT FAILURE TO PROVIDE MAINTENANCE and CURE)

25. The defendant repeats and incorporates by reference responses to paragraphs 1 through 24.

26. The defendant denies the allegations contained in paragraph 26 of Count IV of the plaintiff's complaint.

27. The defendant denies the allegations contained in paragraph 27 of Count IV of the plaintiff's complaint.

28. The defendant denies the allegations contained in paragraph 28 of Count IV of the plaintiff's complaint.

29. The defendant denies the allegations contained in paragraph 29 of Count IV of the plaintiff's complaint.

### THIRD DEFENSE

By way of affirmative defense, the defendant says that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the defendant was not and is not legally responsible.

### FOURTH DEFENSE

By way of affirmative defense, the defendant says that if the plaintiff was injured as

-4-

alleged, which the defendant denies, those injuries were the result of an act of God for which the defendant is not legally responsible.

### FIFTH DEFENSE

By way of affirmative defense, the defendant says that if the defendant was negligent or its vessel unseaworthy, which it denies, then the plaintiff's injuries, if any, were contributed to by the plaintiff's own negligence to such a degree that any recovery must be reduced pro rata.

### SIXTH DEFENSE

By way of affirmative defense, the defendant says that if it was negligent or its vessel unseaworthy, which it denies, then the plaintiff's injuries, if any, were the result of the plaintiff's failure to act upon the last clear chance to avoid injury.

### EIGHTH DEFENSE

By way of affirmative defense, the defendant says that if it is found liable to the plaintiff for any of its alleged damages, the amount of such liability is limited pursuant to the provisions of the Limitation of Liability Act, 46 U.S.C.A. §§181, et seq.

**THE DEFENDANT DEMANDS A TRIAL BY JURY.**

> For the Defendant,
> E & S Fisheries, Inc.,
> By its attorneys,
>
> **REGAN & KIELY LLP**
>
> _____
> Robert E. Kiely, Esquire (BBO #556640)
> 85 Devonshire Street
> Boston, MA 02109
> (617)723-0901

I hereby certify that this document has been served upon all counsel of record in compliance with the FRCP
____12/8/04____