UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12449 EFH

| | |
|---|---|
| PAUL WILLETT, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| E & S FISHERIES, INC., | ) |
| Defendant | ) |

## JOINT SCHEDULING STATEMENT

The parties in the above-captioned action submit the following Joint Scheduling Statement in accordance with the electronically filed Notice of Scheduling Conference and pursuant to the provisions of Fed. R. Civ. P. 16(b) and Local Rule 16.1. An initial Scheduling Conference will be held March 22, 2005.

Obligation of Counsel to Confer

Counsel for the parties have conferred in accordance with the provisions of Local Rule 16.1(b). Discovery is proceeding in accordance with Local Rule 26 and a proposed joint plan is contained below.

III.    Proposed Discovery Plan

The above entitled action was filed with this Court on or about June 4, 2004. Pursuant to Rule 16(b) of the Fed. R. Civ. P. and Local Rule 16.1, the parties propose the following:

1.    All amendments and/or supplements to the pleadings to be filed by April 30, 2005.

2.    All factual depositions are to be completed by October 1, 2005.

3.    The plaintiff shall designate trial experts and shall disclose the information

-2-

contemplated by Fed. R. Civ. P. 26(1)(2)(b) by November 15, 2005. The defendant

shall designate trial experts and shall disclose the information contemplated by Fed.

R. Civ. P. 26(a)(2)(B) by December 15, 2005.

4.    All expert depositions to be completed by January 15, 2006.

5.    All dispositive motions, and/or motions for summary judgment, are to be filed by

January 31, 2006.

6.    A final pretrial conference will held on or about February 28, 2006, unless dispositive

motions remains pending at that time.

IV.    Trial by Magistrate Judge

The parties consent to proceed before a magistrate judge.

V.    Certification

The parties certify that counsel and their clients have conferred with a view to establish a

budget for litigation and alternative dispute resolution. The certification will be filed under separate

cover.

For the plaintiff,                                          For the Defendant

/s/David F. Anderson                                  /s/Robert E. Kiely
David F. Anderson, Esquire (BBO #    )    Robert E. Kiely, Esquire (BBO #556640)
Latti & Anderson LLP                                  Regan & Kiely LLP
30-31 Union Wharf                                      85 Devonshire Street
Boston, MA 02109                                      Boston, MA 02109
(617)523-1000                                          (617)723-0901
                                                              rek@regankiely.com