UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PAUL WILLETT,
      Plaintiff

                      CIVIL ACTION NO.:
   v.                  04-12449-EFH

E & S FISHERIES, INC.,
      Defendant.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FINAL PRETRIAL CONFERENCE ORDER

March 22, 2005

HARRINGTON, S.D.J.

  The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Tuesday, February 28, 2006  .

  SO ORDERED.

                    /s/ Edward F. Harrington
                    EDWARD F. HARRINGTON
                    United States Senior District Judge