UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL WILLETT,<br>    Plaintiff<br><br>VS.<br><br>E & S FISHERIES, INC.,<br>    Defendant | )<br>)<br>)<br>)  CIVIL ACTION<br>)  NO: 04-12449-EFH<br>)<br>)<br>) |

ASSENTED TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION
FOR SUMMARY JUDGMENT

Now comes the Plaintiff in the above captioned matter and respectfully requests that this Honorable Court Extend the time to file an opposition to Defendant's Motion for Summary Judgment an additional week (7 calendar days).

As grounds thereof the Plaintiff states that Plaintiff's opposition is due during school vacations week and Plaintiff's counsel was planning on taking time off that week to spend with his school age children.

Defense counsel assents to the extension requested in this motion

.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court extend the time for to file an opposition to Defendant's Motion for Summary Judgment an additional seven calendar days.

        Respectfully submitted on behalf of
Paul Willett, Plaintiff
By his attorneys,

/s/ David F. Anderson
David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

DATED:

## CERTIFICATE OF SERVICE

      I hereby certify that on the above date, I electronically filed the above pleading with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to the following:

Robert E. Kiely
Regan & Kiely LLP
85 Devonshire St.
Boston, MA 02109
(617) 723-0901

/s/ David F. Anderson
David F. Anderson