UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12449 EFH

| | |
|---|---|
| PAUL WILLETT, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| E & S FISHERIES, INC., | ) |
|     Defendant | ) |

**DEFENDANT E & S FISHERIES, INC.'S
MOTION TO STRIKE
THE PLAINTIFF'S AFFIDAVIT OF PAUL WILLETT AND PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the defendant E & S Fisheries, Inc. (the "defendant" or "E & S Fisheries") and hereby respectfully requests that this Court, pursuant to Fed. R. Civ. P. 12(f), strike the plaintiff's Affidavit of Paul Willett ("Willett Affidavit") and the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment. As grounds for this Motion to Strike, the defendant states that the Willett Affidavit directly contradicts the plaintiff's previous deposition testimony, was offered only after the defendant filed a motion for summary judgment, and is self-serving. Furthermore, the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment is based solely on the unfounded and contradictory statements asserted in the Willett Affidavit. In further support of this Motion to Strike, the defendant submits the attached Memorandum of Law in Support of its Motion to Strike the Plaintiff's Affidavit of Paul Willett and Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

For the Defendant,

         E & S Fisheries, Inc.
         By its attorneys,

         **REGAN & KIELY LLP**


         /s/ Robert E. Kiely
         Robert E. Kiely, Esquire (BBO ##556640)
         85 Devonshire Street
         Boston, MA 02109
         (617)723-0901
         rek@regankiely.com

Date:   March 9, 2006