UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PAUL WILLETT,
      Plaintiff

      v.

E & S FISHERIES, INC.,
      Defendant.

CIVIL ACTION NO.:
04-12449-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

March 28, 2006

HARRINGTON, S.D.J.

 Upon review of the documents filed in this case, the Court rules as follows:

1.  The Court denies Defendant's Motion to Strike the Affidavit of Paul Willett; and

2.  The Court denies Defendant's Motion for Summary Judgment.

 SO ORDERED.

            /s/ Edward F. Harrington
            EDWARD F. HARRINGTON
            United States Senior District Judge