UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12449 EFH

| | |
|---|---|
| PAUL WILLETT, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| E & S FISHERIES, INC., | ) |
|     Defendant | ) |

**NOTICE OF CHANGE OF ADDRESS**

Effective May 1, 2006, please note Regan & Kiely LLP's change of address from 85 Devonshire Street, Boston, MA to:

Regan & Kiely LLP
88 Black Falcon Avenue, Suite 330
Boston, MA 02210
Telephone: (617)723-0901
Facsimile: (617)723-0977

For the Defendant,
E & S Fisheries, Inc.
By its attorneys,

**REGAN & KIELY LLP**

/s/ Robert E. Kiely
Robert E. Kiely, Esquire (BBO ##556640)
85 Devonshire Street
Boston, MA 02109
(617)723-0901
rek@regankiely.com

Date:   April 27, 2006