UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL WILLETT, | ) | Civil Action No. 04-12449 EFH |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| E & S FISHERIES, INC., | ) | |
|     Defendant | ) | |

## STIPULATION AS TO UNCONTESTED FACTS

Now come the parties in the above entitled matter and hereby file this stipulation as to uncontested facts. The parties hereby stipulate that the following enumerated facts are not at issue in this matter and can be presented to the jury as uncontroverted at time of trial:

1. On or about October 25, 2003 E & S Fisheries, Inc. was the owner of the F/V Liberty;

2. On or about October 25, 2003 plaintiff, Paul Willett, was a seaman and a member of the crew of the F/V Liberty. On or about October 25, 2003 the plaintiff, Paul Willett, was employed as a seaman and member of the crew in the service of the vessel F/V Liberty; and

3. On or about October 25, 2003 the F/V Liberty was in navigable waters and was engaged in commercial fishing, specifically scalloping.

## STATEMENT OF THE ISSUES TO BE TRIED

The parties hereby stipulate that the following issues are to be tried in this matter:

1. Whether or not the F/V Liberty was seaworthy on or about October 25, 2003;

2. Whether or not E & S Fisheries, Inc., its agents, servants or employees were negligent on or about October 25, 2003 with regard to the operation of F/V Liberty;

3. Whether or not any injuries allegedly incurred by plaintiff, Paul Willett, were proximately caused by any action or inaction, alleged unseaworthiness or alleged negligence of the defendant and/or the F/V Liberty;

4. Whether or not the plaintiff, Paul Willett, was in any way comparatively or contributorily negligent; and

5. All issues relating to damages.

## **EXPERT AND LAY WITNESSES**

Now come the parties to the above captioned matter and hereby state that the following witnesses will be called at time of trial:

II. **PLAINTIFF'S WITNESSES**

    1. Paul Willette;

    2. All crewmen on the F/V LIBERTY on or about October 25, 2003; and

    3. Plaintiff's treating physicians.

III. **DEFENDANT'S WITNESSES**

1. Daniel Eilertsen, President, E & S Fisheries, Inc.;

2. Thomas Nicholas, Captain, F/V Liberty;

3. Mike Lam, crewmember of the F/V Liberty;

4. Susan Moran, M.D., M.S.C.E., medical expert witness on causation. Complete information pursuant to the Federal Rules and pursuant to this Court's Order have been previously provided to plaintiff's counsel with regard to Dr. Moran and her testimony;

5. Sean Markey, Captain of the F/V Pero DeCorvo; and

6. The defendant also reserves the right to call plaintiff Paul Willett as a witness, as well as any of the witnesses called by plaintiff and listed in this witness list. The defendant also reserves the right to call rebuttal witnesses unknown at this time, if the necessity arises after the plaintiff's case.

| For the Plaintiff, | For the Defendant, |
|---|---|
| PAUL WILLETT, | E & S FISHERIES, INC., |
| By his attorneys, | By their Attorneys, |
| **LATTI & ANDERSON LLP** | **REGAN & KIELY LLP** |
| /s/ David F. Anderson | /s/ Robert E. Kiely |
| David F. Anderson, Esquire (BBO#560994) | Robert E. Kiely, Esquire (BBO #556640) |
| 30-31 Union Wharf | 88 Black Falcon Ave, Suite 330 |
| Boston, MA 02109 | Boston, MA 02210 |
| (617) 523-1000 | (617) 723-0901 |