UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL WILLETT, | ) | Civil Action No. 04-12449 EFH |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| E & S FISHERIES, INC., | ) | |
| Defendant | ) | |

## PROPOSED EXHIBIT LIST

Now come the parties to the above entitled matter and pursuant to the March 28, 2006 pretrial order of the Court, hereby provide a list of proposed exhibits to be introduced at trial:

**Defendant's Exhibits:**

1. Plaintiff's Medical Records;
2. Curriculum Vitae of defendant's expert Dr. Susan Moran;
3. Photographs of the F/V Liberty;
4. Settlement Sheets of the F/V Liberty;
5. Plaintiff's tax returns

In addition to the above listed documents which the defendant intends to submit into evidence, the defendant may also use a diagram of the human foot as a purely demonstrative exhibit.

In addition to the above referenced exhibits, the defendant reserves the right to submit any exhibit listed by the plaintiff.

For the Defendant,
E & S FISHERIES, INC.,
By their Attorneys,

**REGAN & KIELY LLP**

/s/ Robert E. Kiely
Robert E. Kiely, Esquire (BBO #556640)
88 Black Falcon Ave, Suite 330
Boston, MA 02210
(617) 723-0901