UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL WILLETT,<br>    Plaintiff<br><br>VS.<br><br>E & S FISHERIES, INC.,<br>    Defendant | )<br>)<br>)<br>)  CIVIL ACTION<br>)  NO: 04-12449-EFH<br>)<br>)<br>) |

PLAINTIFF'S PROPOSED EXHIBIT LIST

Now comes the Plaintiff in the above captioned matter and pursuant to the Pretrial Order submits the below list of proposed exhibits.

   a.   Hospital records of Charlton Memorial Hospital;

   b.   Hospital records of St. Anne's Hospital;

   c.   Hospital records of Ocean Medical Center;

   d.   Hospital records of Lahey Clinic;

   e.   Medical records of John C. Pedrotty, M.D. and Kenneth Piva, M.D.;

   f.   Medical records of Kevin Mabie, M.D.;

   g.   Photographs of the plaintiff's injury;

   h.   Income tax returns of the Plaintiff 2000-2004;

   i.   Settlement sheets of F/V LIBERTY

   j.   Photographs of F/V LIBERTY

Plaintiff reserves the right to introduce any exhibits listed by the Defendant

        Respectfully Submitter on behalf of
Paul Willett, Plaintiff
By his attorneys,

/s/ David F. Anderson
David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

DATED:  10-16-06

CERTIFICATE OF SERVICE

    I hereby certify that on the above date, I electronically filed the above pleading with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to the following:

Robert E. Kiely
Regan & Kiely LLP
85 Devonshire St.
Boston, MA 02109
(617) 723-0901

        /s/ David F. Anderson
David F. Anderson