# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * * *

PAUL WILLETT,

                    Plaintiff

                  CIVIL ACTION NO.:

       v.                    04-12449-EFH

E & S FISHERIES, INC.,

                    Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER OF DISMISSAL</u>

October 18, 2006

HARRINGTON, S.D.J.

      The above-entitled case, having been reported settled by the parties, is hereby dismissed.

      SO ORDERED.

                        /s/ Edward F. Harrington
                        EDWARD F. HARRINGTON
                        United States Senior District Judge